**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

LINDA A. MORTON and JOHN D. ROOD,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

        Case No: 2:10-cv-450-Ftm-36DNF

CHARLIE CRIST, individually, and
CHARLIE CRIST FOR U.S. SENATE,
a principal campaign committee,

        Defendants,
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

        Linda A. Morton, Plaintiff, and members of the Class

        John D. Rood, Plaintiff, and members of the Class

        Charlie Crist - Defendant

        Charlie Crist for U. S. Senate, a principal campaign committee - Defendant

        Thomas R. Grady - Counsel for Plaintiffs

        Thomas R. Grady, P.A. - Counsel for Plaintiffs

        Ronald G. Meyer - Counsel for Defendant Charlie Crist

        Meyer, Brooks, Demma and Blohm, P.A. – Counsel for Defendant Charlie Crist

     2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

     3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None.

     4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Plaintiffs and members of the Class.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

DATED this 26th day of July, 2010.

                                                    THOMAS R. GRADY, P.A.

                                                    By: /s/Thomas R. Grady
                                                    Thomas R. Grady
                                                    Florida Bar No. 0350702
                                                    THOMAS R. GRADY, P.A.
                                                      Attorneys for Plaintiffs
                                                    780 5TH Ave. South, Ste. 200
                                                      P.O. Box 10
                                                      Naples, FL  34106
                                                      (239) 261-8260
                                                      Email: trgrady@gradylaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

>/s/Thomas R. Grady
>Thomas R. Grady
>Florida Bar No. 0350702
>THOMAS R. GRADY, P.A.
>Attorneys for Plaintiffs
>780 5TH Ave. South, Ste. 200
>P.O. Box 10
>Naples, FL 34106
>(239)261-8260
>Email: trgrady@gradylaw.com