IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA A. MORTON and JOHN D. ROOD,
individually and on behalf of all others
similarly situated

      Plaintiffs,                            Case No: 2:10-cv-450-Ftm-36DNF

v.

CHARLIE CRIST, individually, and
CHARLIE CRIST FOR U.S. SENATE,
a principal campaign committee,

      Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- Charlie Crist – Defendant

- Charlie Crist for U.S. Senate, a principal campaign committee – Defendant

- Linda A. Morton – Plaintiff

- John D. Rood – Plaintiff

- Ronald G. Meyer – Counsel for Defendants
- Jennifer S. Blohm – Counsel for Defendants
- Lynn C. Hearn – Counsel for Defendants
- Meyer, Brooks, Demma and Blohm, P.A. – Counsel for Defendants
- Thomas R. Grady – Counsel for Plaintiffs
- Thomas R. Grady, P.A. – Counsel for Plaintiffs

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings:

N/A

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Unknown

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential

2

conflict of interest.

**DATED** this 26th day of July, 2010.

Respectfully submitted,

/s/Ronald G. Meyer
RONALD G. MEYER
Florida Bar No. 0148248
Email: rmeyer@meyerbrookslaw.com
JENNIFER S. BLOHM
Florida Bar No. 0106290
Email: jblohm@meyerbrookslaw.com
LYNN C. HEARN
Florida Bar No. 0123633
Email: lhearn@meyerbrookslaw.com
**Meyer, Brooks, Demma and Blohm, PA**
131 North Gadsden Street (32301)
Post Office Box 1547
Tallahassee, Florida 32302
Telephone: (850) 878-5212
Facsimile: (850) 656-6750

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 26th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that I mailed the foregoing documents and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None

/s/Ronald G. Meyer
RONALD G. MEYER

3